# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:02cr190-2 &-3

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| TOBIAS MARTINEZ; and | ) | |
| JOSE MARTINEZ, | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on the government's Motion to Dismiss. Having considered the government's motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the government's Motion to Dismiss (#209) is **GRANTED,** and the indictment in this case is dismissed without prejudice as to the above named defendants.

Signed: September 15, 2011

Max O. Cogburn Jr.
United States District Judge