# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

## CASE NO. 3:02-CR-190-2

UNITED STATES OF AMERICA,

V.

TOBIAS MARTINEZ,

Defendant.

## ORDER

**THIS MATTER** is before the Clerk in his fiduciary duty to funds received by parties and placed into the Trial Balance of Treasury Registry Fund of this court.

On, September 13, 2002, the United States District Court for the Northern District of Illinois directed the defendant to post $5,000 in a cash bond. This bond was posted and then transferred to the Western District of North Carolina with the case along with $523.61 in interest earned on the bond.

The Honorable Max O. Cogburn, Jr. granted an "Order" [Doc. #210] dismissing this case on September 15, 2011. Therefore, the conditions of the cash bond have been satisfied and are to be returned to Ana M. Martinez who posted the bond.

**IT IS, THEREFORE, ORDERED,** that the Financial Section of the Clerk

of Court's Office shall return $5,523.61 cash bond to Ana M. Martinez, 6089

Nimtz Road, Loves Park, IL, 61110.


So ORDERED this 3rd day of February, 2017.


Frank G. Johns, Clerk